UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kelly Bysouth,

                Plaintiff(s),

v.                                          Case No. 2:16−cv−10519−BAF−EAS
                                                Hon. Bernard A. Friedman

Security Credit Solutions, LLC,
et al.,

                Defendant(s),

_____/

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/17/2017, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                                s/Bernard A. Friedman
                                                Bernard A. Friedman
                                                U.S. District Judge

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/C. Mullins
                                                     Case Manager

Dated:   January 9, 2017