Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>16-10519 |
|---|---|---|

Court address | Court telephone no.

| Plaintiff's name, address, and telephone no. (judgment creditor) | v | Defendant's name, address, and telephone no. (judgment debtor) |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no. | | Garnishee name and address |

FILED
FEB 05 2018

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **JAN 0 3 2018** and received by garnishee on **JAN 29 2018**.
   - ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on **JAN 29 2018**.
   - ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
   - ☐ c. The garnishee will not withhold payments under the writ of garnishment. The writ of garnishment was served after the deadline date for service and the writ is invalid.

2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   - ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: **No funds available.**
   - ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   
   Description of property, money, negotiable instruments, etc. under garnishee's control | Type of account and account number, if applicable
   
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   - ☐ c. Withholding is exempt because _____
   State the exemption and legal authority
   
   **Periodic Garnishments**
   - ☐ d. The garnishee is not obligated to pay the defendant during the period of the writ.
     Reason: ☐ not employed. ☐ other _____
   - ☐ e. The garnishee is obligated to pay the defendant during the period of the writ.
     Payments are for ☐ earnings. ☐ nonearnings _____
     Specify nature of payment (see instructions on other side)
     
     Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other: _____
     frequency of payment
     
     A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.
     
     Name of court that issued higher priority writ/order | Case number | Date issued | Date served
     
     Withholding under this writ
     ☐ will begin immediately if sufficient funds are available.
     ☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____
     specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

**JAN 29 2018**
Date | Garnishee/Agent/Attorney signature

I certify that:
on **JAN 29 2018** I mailed or personally delivered the original of this disclosure to the court.
on **JAN 29 2018** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

**JAN 29 2018**
Date | Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (9/15) GARNISHEE DISCLOSURE | 15 USC 1672, 15 USC 1673, MCR 3.101

You do not need to use this calculation sheet. If you do, it does not need to be filed with the court or provided to the defendant or plaintiff. However, you must maintain some type of record of your payment calculations and make it available for review by the plaintiff, defendant, or court upon request.

## GARNISHEE CALCULATION SHEET FOR EARNINGS

1. The employer's current payday is _____. The principal defendant's gross earnings from the employer that were earned for this pay period are: $ _____

2. Deductions required by law to be withheld from gross earnings shown on line 1:

    a. Federal withholding tax (for income tax)   $ _____

    b. State withholding tax (for income tax)   $ _____

    c. Employee portion of social security tax   $ _____

    d. Employee portion of medicare tax   $ _____

    e. City withholding tax (for income tax)   $ _____

    f. Public employee retirement when required by law   $ _____

    g. Total (add lines 2a through 2f)   $ _____

3. **Disposable earnings** (subtract line 2g from line 1)   $ _____

4. Test I for amount available for garnishment (25% of line 3):   $ _____
   (this percentage does not apply to garnishments for support of a person)

5. Test II for amount available for garnishment (disposable earnings minus federal minimum wage multiplied by appropriate multiple for normal pay period):
   a. Locate the appropriate figure from the chart below and insert here   $ _____
   b. Subtract amount on line 5a from amount on line 3. Insert amount here.   $ _____
   If the amount is less than zero, enter -0-.

6. Maximum amount subject to garnishment (line 4 or 5b, whichever is less)   $ _____

7. Amounts withheld from disposable earnings (see line 3) pursuant to orders with priority:
   a. Orders of bankruptcy court   $ _____

   b. Orders for past due federal or state taxes   $ _____

   c. Income withholding for support of any person   $ _____

   d. Other general garnishments served prior to this writ   $ _____

   e. Total of all priority amounts withheld (add lines 7a through 7d)   $ _____

8. Amount subject to garnishment under this writ (subtract line 7e from line 6)   $ _____

9. **Amount to be withheld in response to this writ** (line 8 above or line 2   $ _____
   on the request and writ for garnishment, whichever is less)

```
                           Chart *
   Test II for Amount Available for Garnishment  Beginning:  July 24, 2009
              Weekly (or more frequently) pay period       $217.50
              Biweekly pay period                          $435.00
              Semimonthly pay period                       $471.25
              Monthly pay period                           $942.50
   *Training wage: for person aged 16 to 19 on their first job, use 85% of the above figures.
```

Rev. (4/14)

| Approved, SCAO | | Original - Garnishee (Part 1)<br>1st copy - Court (Part 2)<br>2nd copy - Defendant (Part 2) | 3rd copy - Return (proof of service) (Part 2)<br>4th copy - Plaintiff/Attorney (proof) (Part 2) |
|---|---|---|---|

| United States District Court<br>for the Eastern District of Michigan | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | **CASE NO.**<br>2:16-cv-10519 |
|---|---|---|

| Court address | Zip code | Court telephone no. |
|---|---|---|
| 231 W. Lafayette Blvd 3827, Detroit MI 48226 | | (313)234-5005 |

FILED
FEB 05 2018
CLERK'S OFFICE
DETROIT

FILED
CLERK'S OFFICE
JAN -3 2018
U.S. DISTRICT COURT
EASTERN MICHIGAN

| Plaintiff's name and address (judgment creditor)<br>Kelly Bysouth | v | Defendant's name and address (judgment debtor)<br>Richard Tilley<br>35980 Meadow Ridge Road<br>Temecula, CA 92592 |
|---|---|---|
| Plaintiff's attorney, bar no., and address<br>Sylvia S. Bolos (P78715) of Lyngklip & Associates<br>24500 Northwestern Hwy., Ste. 206<br>Southfield, MI 48075 | | Social security no.<br>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 |
| Telephone no.<br>(248) 208-8864 | | Employee ID or account no. |
| | | Garnishee name and address<br>Alaska USA FCU<br>4000 Credit Union Drive<br>Anchorage, AK 99503 |

**REQUEST** See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $ 139,305.47 on 8.31.2017
2. The total amount of judgment interest accrued to date is $ 586.80 . The total amount of postjudgment costs accrued to date is $ 0.00 . The total amount of postjudgment payments made and credits to date is $ 0.00 . The **amount of the unsatisfied judgment now due (including interest and costs) is** • $ 139,892.27 .
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

01/03/2018
Date

Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT** To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and a $1.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 182 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed. **You are ordered to make the payment withheld under this writ payable to:**
   ☑ the plaintiff ☐ the plaintiff's attorney ☐ the court
   and mail it to: ☐ the plaintiff. ☑ the plaintiff's attorney. ☐ the court.
5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

JAN - 3 2018
Date of issue

JUL - 4 2018
Expiration date for service

Deputy court clerk

MC 13 (3/15) **REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) (Part 1)** MCL 600.4011 et seq., MCR 3.101

**AlaskaUSA**
*Federal Credit Union*®

P.O. Box 196613
Anchorage, Alaska 99519-6613

RETURN SERVICE REQUESTED



4822642700 C008

DISTRICT COURT OF THE EASTERN
DISTRICT OF MICHIGAN
231 W. LAFAYETTE BLVD 3827
DETROIT, MI 48226

RECEIVED
FEB 05 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

1-30-18

0910